**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AARON ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  1:18-cv-05800 |
| | ) | |
| v. | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| BEST BUY CO, INC., | ) | Magistrate M. David Weisman |
| | ) | |
| Defendant. | ) | |

<u>**DECLARATION OF SARAH REE**</u>

I, Sarah Ree, being first duly sworn, state as follows:

1.      I am over the age of eighteen.  I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to each fact.

2.      I am submitting this Declaration in support of Defendant's Motion to Compel Arbitration and Dismiss or, Alternatively, Stay the Proceedings in the above matter.

3.      I am currently employed by Best Buy Stores, L.P. ("Best Buy") as Director, Human Resources Business Partner.  I have held this role since October 2016.

4.      As part of my employment, I have access to company records kept in the regular course of business, by people with knowledge of the information being entered, including, but not limited to, the work history, personnel information and wage information of current and former employees. Company records reflect that Best Buy Stores, L.P. employed Plaintiff Aaron Anderson ("Plaintiff").

5.      Best Buy has an arbitration policy applicable to all of its store-based employees.  The policy is mutually binding between Best Buy and the applicable employees.  A true and correct copy of Best Buy's Arbitration Policy is attached hereto as **Exhibit A**.

6.      Beginning February 4, 2016, Best Buy notified employees in all of its stores of the Arbitration Policy, which would be effective March 15, 2016.

7.      During the policy rollout period, Best Buy notified employees of the Arbitration Policy through multiple channels.  First, employees received notice through Best Buy's online Learning Network, which is one of the mechanisms Best Buy utilizes to train employees.

8.      Employees learn how to access training modules and about Learning Network training requirements during orientation after their hire and via frequent reminders from management during employment.

9.      Best Buy provided a mandatory E-Learning to all employees regarding the Arbitration Policy.  Best Buy first posted the E-Learning training on February 4, 2016, and it remained marked in red in the Learning Network – visible each time an employee logged into his or her network – until the employee completed the training.  A true and correct copy of Best Buy's E-Learning regarding the Arbitration Policy is attached hereto as **Exhibit B**.

10.     The E-Learning regarding the Arbitration Policy explained the key components of the policy; it explained the policy is mandatory and binding on both employees and Best Buy.  It also explained employees are required to arbitrate all claims against Best Buy, including employment-based claims and claims pursuant to federal and state statutes, in lieu of bringing such claims in court.

11.     Best Buy maintains an online Employee Hub.  Employees access the Hub on a regular basis to receive communications and other information regarding their employment.  Best Buy posted notice of the required E-Learning training about the Arbitration Policy through the Employee Hub on February 4, 2016, and again on February 25, 2016.  True and correct copies of the Hub Notices are attached hereto as **Exhibit C**.

12.     Best Buy's records reflect that, on February 22, 2016 at 1:31 p.m. CST, Plaintiff completed the E-Learning module about the mandatory Arbitration Policy.  At the end of the E-Learning, the online module prompted Plaintiff to click a button acknowledging he read and understood the policy.  The acknowledgment page also provided Plaintiff a link to the Arbitration

Policy itself, as well as FAQs about the policy. A true and correct copy of the data from Best Buy's system reflecting Plaintiff's completion of the training is attached hereto as **Exhibit D**.

13.     When Plaintiff completed the E-Learning on February 22, he acknowledged he read and understood the Arbitration Policy – and that by remaining employed, he further agreed to the policy.

14.     The Arbitration Policy became effective March 15, 2016. The policy applied to employees continuing their employment on or after March 25, 2016. As with other Best Buy policies, the Arbitration Policy is always available to all employees through an online portal.

15.     In August 2016, Plaintiff again reviewed and agreed to Best Buy's Arbitration Policy in connection with his application for and acceptance of the Geek Squad Customer Care Agent position. True and correct copies of Plaintiff's August 2016 Application and Offer Letter (reflecting agreement to policy) are attached hereto as **Exhibit E**.

16.     In February/March 2017, Plaintiff again reviewed and agreed to Best Buy's Arbitration Policy in connection with his application for and acceptance of the Sales Supervisor – Mobile position. True and correct copies of Plaintiff's February 2017 Application and March 2017 Offer Letter (reflecting agreement to policy) are attached hereto as **Exhibit F**.


[Signature follows on the next page]

## **VERIFICATION**

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, the undersigned verifies that the factual statements set forth in the above and foregoing *Declaration of Sarah Ree* are true and correct, except as to matters therein stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

By: _Sarah Ree_

Title: _Directre, HRBP_

Dated: _Oct. 2, 2018_

35759449.1

# EXHIBIT A

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| ***Arbitration Policy*** | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **1** of **6** |

## A.    Overview

### Audience

This Arbitration Policy covers Best Buy and (a) all applicants for employment with Best Buy in the United States, (b) all Employees employed by Best Buy in the United States, and (c) all beneficiaries of Best Buy Employees who participate in Best Buy's employee benefit plans.

For purposes of this Policy, "Best Buy" means Best Buy Co., Inc., and all of its direct and indirect subsidiaries and affiliates, including Best Buy Stores, L.P., and all employee benefit plans Best Buy sponsors. "Employees" means both current and former employees, as well as all beneficiaries of employees who participate in Best Buy's benefits plans.

### Summary

This Policy is a binding contract between Best Buy and Best Buy's employment applicants and Employees. Any contractual disclaimers that Best Buy has regarding its other policies or otherwise do not apply to this Policy.

This Policy requires that employment applicants and Employees bring in arbitration, rather than in court, any past, present or future claims, disputes, or lawsuits or any kind ("Claims") that they may have against Best Buy, on an individual basis only. Likewise, this Policy requires Best Buy to bring any Claims it has against any applicant or Employee in arbitration rather than in court, on an individual basis only. For Employees, this Policy is a mandatory condition of initial and continuing employment at Best Buy, and applies even after employment ends. **By becoming or remaining employed after the effective date of this Policy, employees agree to this Policy's terms.** For applicants, this Policy is a mandatory condition of being considered for employment with Best Buy.

**All disputes covered by this Arbitration Policy will be decided by an arbitrator in arbitration and not by way of a court or jury trial.**

### Purpose

This Policy implements Best Buy's requirements that Best Buy and all employment applicants and Employees arbitrate all covered Claims on an individual basis.

## B.    Responsibilities

### Applicants and Employees

- Read and understand the Policy
- Bring any covered Claims against Best Buy in arbitration on an individual basis as described in this Policy

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| ***Arbitration Policy*** | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **2** of **6** |

- Ask any questions about the Policy by contacting Employee Relations (Employees) or a Best Buy manager or recruiter (applicants)

**Best Buy**

- Bring any covered Claims against an applicant or Employee in arbitration on an individual basis as described in this Policy

## C.      Requirements

All applicants for employment with Best Buy in the United States and all Best Buy Employees in the United States must bring any covered Claims they have against Best Buy in arbitration, rather than in court.  This Policy applies to Claims brought prior to employment, during employment, and after employment ends.

All applicants for employment with Best Buy in the United States and all Best Buy Employees in the United States waive any and all rights to litigate covered Claims against Best Buy on a class or collective basis.  Best Buy likewise waives any and all rights to litigate covered Claims against an Employee or applicant on a class or collective basis.

Separately, to the extent enforceable, the parties waive all rights to bring an action against each other on a representative basis.

There is no judge or jury in arbitration, but the arbitrator can award on an individual basis the same damages and remedies as a judge or jury could in court.

This Policy, its enforceability, and its implementation are governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16.

**Covered Claims**

Except as described in the "Claims not Covered" section, past, present or future Claims between an Employee/former Employee or applicant and Best Buy, that arise out of or relate in any way to the applicant's or Employee's employment application, employment and/or termination of employment with Best Buy are covered by this Policy.  Covered Claims include, but are not limited to, Claims related to the applicant's or Employee's recruitment, background check, hire or non-hire, employment terms and conditions, wages and compensation, promotion or non-promotion, leaves of absence, benefits, and employment termination.

Covered Claims include Claims against individuals who are current or former Best Buy directors, officers, employees, fiduciaries of Best Buy's employee benefit plans, third parties who provide administrative services to Best Buy's employee benefit plans, or agents who acted on Best Buy's behalf or as to whose actions the Employee or applicant seeks to hold

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| ***Arbitration Policy*** | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **3** of **6** |

Best Buy liable. Any of these individuals or entities may enforce this Policy as direct or third-party beneficiaries.

Except as otherwise provided in the "Claims not Covered" section, Claims covered by this Policy include Claims based on any statute, regulation, wage order, ordinance, or any other law or legal theory. Covered Claims include, but are not limited to, the following:

- Contract and promissory estoppel claims
- Tort claims such as defamation, negligent or intentional infliction of emotional distress, malicious prosecution, false imprisonment, assault, battery or invasion of privacy
- Wrongful discharge claims
- Fraud and misrepresentation claims
- Breach of fiduciary duty claims
- Negligence claims
- Discrimination, harassment, and retaliation claims
- Claims under any federal, state or local statute, regulation, wage order or ordinance, such as:
  - Title VII of the Civil Rights Act
  - The Americans with Disabilities Act
  - The Age Discrimination in Employment Act
  - The Equal Pay Act
  - The Genetic Information and Nondiscrimination Act
  - The Family and Medical Leave Act
  - The Fair Labor Standards Act
  - The Uniformed Services Employment and Reemployment Rights Act
  - The Worker Adjustment and Retraining Notification Act
  - The Employee Retirement and Income Security Act
  - The Fair Credit Reporting Act
  - The California Labor Code or any other state's labor code
- Expense reimbursement claims
- Unfair business practice claims
- Claims for non-payment, incorrect payment or late payment of wages, overtime, commissions, bonuses, premium pay, penalty pay, split shift pay, reporting time pay, paid sick leave, Paid Time Off, vacation, or any other compensation, whether such claims are based on an alleged contract, any federal, state, or municipal law, or any other theory
- Claims alleging failure to provide seats
- Claims alleging noncompliant or missed meal or rest breaks

**Claims Not Covered**

This Policy does not apply to:

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| ***Arbitration Policy*** | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **4** of **6** |

- Claims that may not be subject to mandatory pre-dispute arbitration as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act or other applicable federal law

- Claims for benefits under Best Buy's group health, disability, severance, vision, or dental employee benefit plans (all other claims of any kind under ERISA, including claims for breach of fiduciary duty, for equitable relief, or any claim with respect to Best Buy's 401(k) plan, are covered by this Policy)

- Representative claims under California's Private Attorney General Act, unless and until applicable law determines that the representative action waiver in this Policy is enforceable as to such claims

- Claims for workers' compensation benefits

**Right to File Administrative Charges/Complaints**

This Policy does not prohibit an Employee or applicant from filing a report, charge or complaint with the U.S. Equal Employment Opportunity Commission, the National Labor Relations Board, the Department of Labor, the Occupational Safety and Health Commission, or any other federal, state, or local administrative agency, and this Policy does not prevent the agency from conducting an investigation. This Policy also does not prevent federal agencies from prosecuting, adjudicating, or awarding remedies based on any report, charge or complaint. An Employee or applicant may not file a lawsuit based on a government report, charge or complaint, but rather must file his or her Claims in arbitration under this Policy.

For any Claims where the law requires that an administrative procedure be followed before bringing an action in court (for example, filing an EEOC charge and receiving a right to sue, or filing an administrative claim for benefits under the terms of an employee benefit plan), a party (applicant, Employee, or Best Buy) must exhaust that procedure before bringing an arbitration Claim.

In accordance with applicable law, Best Buy will not retaliate against any applicant or Employee for filing a report, charge or complaint with a government agency or for exercising rights under Section 7 of the National Labor Relations Act.

**Class and Collective Action Waiver**

**All covered Claims under this Arbitration Policy must be arbitrated on an individual basis. No party (Best Buy, Employee or applicant) may bring or participate in a class or collective action against the other. The parties (Employees, applicants, and Best Buy) waive any right to initiate or participate in a class action or collective action, and the arbitrator is prohibited from presiding over any class or collective action. Further, an individual's Claims may not be joined or consolidated in arbitration with Claims**

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| *Arbitration Policy* | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **5** of **6** |

**brought by other individuals, unless agreed to in writing by all parties. If a court determines that the class and/or collective action waiver in this paragraph is unenforceable for any reason, and orders that a class or collective action should proceed, such action may not proceed in arbitration, but rather must proceed in court.**

An arbitrator's authority to resolve disputes and make awards under this Policy is limited to Claims between: (1) an individual Employee, former Employee or applicant and Best Buy, and (2) an individual Employee, former Employee or applicant and any current or former Best Buy directors, employees, agents or other individuals or entities who are named as defendants or respondents because they acted on Best Buy's behalf or as to whose actions the Employee, former Employee or applicant seeks to hold Best Buy accountable. No arbitration award or decision will have any preclusive effect as to issues or Claims in any dispute with anyone who is not a party to the arbitration.

**Private Attorney General Act Claims**

**If applicable law in the future allows for enforcement of California Private Attorney General Act (PAGA) representative action waivers, the parties (Employees, applicants and Best Buy) in that case waive any right to initiate or participate in a PAGA representative action, and agree to bring all PAGA claims on an individual basis in arbitration, rather than in court. In any event, an arbitrator has no authority under this Policy to preside over any PAGA representative action.**

**An Employee, former Employee or applicant may bring PAGA claims in arbitration solely on his or her own behalf. The PAGA representative action waiver above is severable from this Policy if it is unenforceable under applicable law, and if that is the case, any PAGA representative action must proceed in court and not in arbitration.**

**Final and Binding Arbitration**

Arbitration under this Policy will be instead of a court or jury trial. The arbitrator will make a written decision, which will include its legal and factual bases. The arbitrator's award may be entered in any court of competent jurisdiction.

**Filing an Arbitration Claim**

An Employee, former Employee, applicant or Best Buy must initiate any arbitration Claim by filing it with the American Arbitration Association (AAA). Arbitration will be conducted in accordance with the Employment Arbitration Rules of the AAA in effect at the time the Claim is filed, to the extent such Rules are not inconsistent with this Policy's terms. This Policy also adopts the AAA Optional Rules for Emergency Measures of Protection, to the extent not inconsistent with this Policy's terms. Both the Employment Arbitration and Emergency Measures of Protection Rules may be found on the internet at www.adr.org. A copy of these Rules is also available upon request from Employee Relations at EmployeeRelations@bestbuy.com or 1-866-MY-BBY-HR (1-866-692-2947).

| **Business Unit:** Employee Relations | **Effective Date:** March 15, 2016 |
|---|---|
| *Arbitration Policy* | **Contact/Questions:** 1-866-MY-BBY-HR (1-866-692-2947) or online at https://hr.bestbuy.com |
| | Page **6** of **6** |

### Arbitration Costs

Best Buy will pay the arbitration administrative fees and arbitrator fees, except that, if an applicant, Employee, or former Employee is the party initiating the Claim, such individual must pay the AAA filing fee.  If the applicant, Employee or former Employee is unable to pay the fee and provides to Best Buy a statement signed under oath attesting to such inability, Best Buy will pay the fee and file the Claim on the applicant's, Employee's or former Employee's behalf.  Best Buy and the Employee/former Employee or applicant will pay their own attorneys' fees, if any, incurred in connection with the arbitration, but the arbitrator will have authority to award attorneys' fees if a contract, statute or other applicable law authorizes the award of attorneys' fees to the prevailing party.

### Arbitrability Questions

Any dispute as to arbitrability, including disputes about this Policy's enforceability, unconscionability, validity and applicability to a particular Claim must be resolved by the arbitrator in arbitration and not by the court.  However, the preceding sentence does not apply to the class and collective action waiver and/or representative action waiver.  Any claim that the class and collective action waiver or representative action waiver is unenforceable for any reason must be decided by a court and not an arbitrator.

### Severability

If any term of this Policy is determined to be unenforceable, it will be considered severed, and the remainder of this Policy will not be affected by such unenforceability.  If the class and collective action waiver, or the PAGA representative action waiver, is found unenforceable in a particular case, it will be considered severed.  In the case of such unenforceability, any class, collective or representative action must proceed in court and not in arbitration.

# EXHIBIT B

# Employee Solutions Process

Best Buy is committed to a welcoming, inclusive environment where employees come to work every day to do what they enjoy doing.

From time to time you may encounter a concern that, if left unresolved, could negatively affect your employment experience. It is Best Buy's goal to resolve all these issues and, in fact, has a clear, well-established internal process to do just that.



Employee talks to
**Manager or
Human Resources**

Employee talks to
**Employee Relations**

**Peer Review**

**Arbitration**

**NOTE:** Additional details can be found on MY HR (hr.bestbuy.com). Search: Employee Solutions.

# Why is Best Buy implementing an Arbitration policy?

Best Buy believes that legal claims can be more quickly and directly resolved through arbitration between you and Best Buy, rather than in a court proceeding.

- Employees can still bring a claim forward as they always have been able to do
- Arbitrators can issue the same decision as a court can with the same financial awards
- Arbitration is generally less expensive and less formal than court or a jury trial
- Arbitration is generally faster than a court or jury trial
- Arbitration under Best Buy's Policy is between Best Buy and an individual employee – there are no class or collective actions
- Arbitrators are specialized in the area of employment law
- The Arbitrator's decision is legally binding for both the employee and Best Buy

As with any other Best Buy policy, by remaining employed, you are considered to have agreed to the policy. The purpose of the eLearning is to ensure you read and understand the policy. Employees who do not take this eLearning are still subject to the policy.

I have read and understand the Best Buy Arbitration Policy that takes effect on March 15, 2016.

**I acknowledge**

Thank You.

**Next**



Click the PDF icon to the right to read and review the Best Buy Arbitration Policy & FAQs.

## Thank You!

You have received credit and may safely close this window to return to the **Learning Network**.

# Arbitration Policy
# Frequently Asked Questions (FAQs)



**What is the Employee Solutions Process?**
From time to time employees may encounter a concern that, if left unresolved, could negatively affect their employment experience. It is Best Buy's goal to resolve all employee concerns through a clear, well-established internal process that includes Human Resources, Employee Relations and Peer Review. Very few employee concerns actually result in a legal claim.

**What is arbitration?**
Arbitration is a process for resolving individual work-related legal claims between Best Buy and its employees by using an independent, neutral individual (called an arbitrator) rather than going through a court proceeding.

**Why introduce arbitration now?**
While we hope that all employee concerns can be addressed internally, we believe that legal claims can be more quickly and directly resolved through arbitration between you and Best Buy, rather than in a court proceeding.

**What does the Arbitration Policy cover?**
In summary, the Policy covers all claims related to your employment with certain very limited exceptions. The Policy covers claims such as discrimination claims, wrongful discharge claims, wage claims, etc. A full list of claims covered by the Policy is outlined in section C of the Policy found on MY HR (hr.bestbuy.com) once the eLearning launches.

**How does arbitration work?**
We (you and Best Buy) will work together to select a neutral and independent arbitrator from the American Arbitration Association (AAA) to hear work-related legal claims.  Just like in court, both sides will be able to submit evidence, call witnesses at the arbitration hearing and be represented by a lawyer. The arbitrator can issue awards all the same awards that are available to you in a court/jury proceeding.  The arbitrator's decision is legally binding for both you and Best Buy.

**Am I giving up anything by agreeing to participate in the arbitration process?**
Both you and Best Buy are giving up the right to have an employment-related claim heard in court by a jury or judge.  You and Best Buy are also giving up the right to bring or participate in a class, collective or representative action against each other.

**Who pays for arbitration?**
You pay the initial filing fee when you file a claim, but then Best Buy will pay other arbitration administrative fees and expenses, including the cost of the arbitrator.  If you choose to have an attorney represent you during the arbitration process, you are responsible for your attorney's fees and expenses, although the arbitrator may award you those fees and expenses if the arbitrator rules in your favor.

**What if I do not agree to the terms of the Arbitration Policy?**
As with any other Best Buy policy, by remaining employed, employees are considered to have agreed to the policy. The purpose of the eLearning is to ensure employees read and understand the policy.

**Where do I go if I have questions?**
For policy questions, please reach out to your leader or the Employee Relations Team at 1-866-692-2947 (press 3).

# EXHIBIT C

Employee Hub Articles - COBE and Arbitration Policy Communication

https://hub.bestbuy.com/item.php?item_id=97522



https://hub.bestbuy.com/item.php?item_id=96972



https://hub.bestbuy.com/item.php?item_id=96737



https://hub.bestbuy.com/item.php?item_id=96148



https://hub.bestbuy.com/item.php?item_id=95716



https://hub.bestbuy.com/item.php?item_id=95591



https://hub.bestbuy.com/item.php?item_id=95517



**Employee Hub**   Search   🔍   Discover

**All Store** ✔
02-03-16 12:15 pm

## Code of Business Ethics and Arbitration Policy eLearnings Due Feb. 29

All employees are required to complete the Code of Business Ethics eLearning and the Arbitration Policy eLearning by Feb. 29.  For reference throughout the year, all polices are located on MY HR (hr.bestbuy.com)

**Action:**

- Complete the Code of Business Ethics eLearning (15 minutes) and the Arbitration Policy eLearning (five minutes) by Feb. 29.

**Additional Content**

- Last Chance! Complete the Code of Business Ethics and Arbitration eLearnings Today! ⛓
- Code of Business Ethics and Arbitration Policy eLearnings Due Monday, Feb. 29 ⛓
- Code of Business Ethics and Arbitration Policy eLearnings Due Feb. 29 ⛓

Like                💬                ↪                🖨

comment on this post                    Add

# EXHIBIT D

| First Name | Last Name | Employee Number | Content ID | Content Title | Vendor | Type | Attempt # | Duration | Score | Status | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aaron | Anderson | 1254952 | 23480 | Best Buy Arbitration Policy 2016 | Best Buy | eLearning | 1 | 2 | 100.00% | pass | 2016-02-22 01:31 PM CST |

# EXHIBIT E

Gateway Questionnaire Job Response - Internal Global Enterprise BBY - SSO Eng/426045BR: Geek Squad Customer Care Agent for Anderson, Aaron  Help

Print

> Internal - 7.21.16 : 10

To Questions and Answers

Aaron Anderson
2005 S. Finley Rd. Unit 408 ??? Lombard, Illinois 60148
Cell: (773) 5514279 ??? hankaaron5504@gmail.com

Technology Summary

? PHP, Visual Basic 6, VB.Net, C#, ASP.Net, C, C++, Java,.???Net, XML/HTML, JavaScript, CSS, MySQL
? Visual Studio .Net, Windows, Linux, Unix, MS Office Suite including Excel, Word, PowerPoint,
Outlook, Project, Viseo, Access, Publisher, Adobe Create Suite, Dreamweaver, Photoshop, Flash,
Illustrator, Media Encoder, XCode, IBM Rational Software Architect, Rational Rose, Eclipse,
Windows Server 2003, Active Directory, Ektron, Oracle Database, WordPress, Joomla
? Expert with audio/video equipment: Installed, operated, and repaired A/V equipment for two
churches.
? Skilled with Mac OS all versions

Software Engineering

? Upcoming BCIS graduate offering a strong foundation in software engineering and programming
principles across multiple platforms.
? Experienced in objectoriented programming; developing, testing and debugging code; designing
interfaces; and administering systems and networks.
? Quickly learn and master new technologies; successful working in both team and selfdirected
settings.

Education

Devry University – Chicago, Illinois
Bachelor of Science in Computer Information Systems (BSCIS), 2015
? Academic Honors: Dean's List (10 semesters)

Courses Completed:
? Computer Applications for Business
? Introduction to Business & Technology
? ObjectOriented Analysis Design
? Object Oriented Programming with Lab
? Web Interface Design with Lab
? Connectivity with Lab

? Computer Information Systems Logic and
Design
? Critical Thinking and Problem Solving
? Architecture and Operating Systems
? Programming with Lab
? Structured Analysis and Design

Work Experience

The Fruit Gang – Lomabrd, IL
Wordpress Developer? 2016

? Manage and update www.fruitgang.com
? Create website using Wordpress.
? Modify existing PHP code as needed.
? Develop themes and plugins.
? Ongoing consulting and client website support
? Create and enhance graphics using Adobe Creative Suite.
? Integration of Social Media.
? Search Engine Optimization
? Assist in website traffic and performance monitoring.
? Email setup and configuration
? Hand code HTML, and JavaScript and PHP to create website from designer's
templates
? Create responsive website for mobile adaptation.
? Provide technical support for clients and employees
? Goto person for all technical needs

Shewins Bookkeeping and Consulting Services, LLC. – Scottsdale, AZ
Wordpress Developer? Dec? ?2015  Current

? Manage and update shewinsbookkeepingservice.com
? Create website using Wordpress.
? Modify existing PHP code as needed.
? Develop themes and plugins.
? Ongoing consulting and client website support
? Create and enhance graphics using Adobe Creative Suite.
? Integration of Social Media.

? Search Engine Optimization
? Assist in website traffic and performance monitoring.
? Email setup and configuration
? Hand code HTML, and JavaScript and PHP to create website from designer's templates
? Create responsive website for mobile adaptation.
? Provide technical support for clients and employees
? Goto person for all technical needs


PSA/Card Dynamics – Romeoville, IL
SOFTWARE/DATA PROGRAMMER ?2015

? Retrieves documents and data files from emails or FTP sites and performs necessary data formatting.
? Assists with the design, analysis, maintenance, documentation and testing of proprietary card application systems.
? Assists with coding, debugging, testing & documentation of application programs using VB.Net and SQL.
? Using custom software enters pertinent information from Work Instructions and formats data files accordingly.
? Compares data entered to source documents or reentry in verification format on screen to detect errors.
? Corrects, compiles, sorts and verifies accuracy of data to be entered.
? Completion & printing of labels and job tickets.
? Assists with design of new programs & enhancements to existing code.
? Maintains and files records to maintain organization.
? Provides assistance to other programmers & team members.


Living Word Christian Center, Bill Winston Ministries and all related entities – Forest Park, IL.
Web Developer, Computer Programmer, ?20132015

? Support and troubleshoot the existing webformbased system using C#/ASP.Net, VS 2010, SQL Server 2008
? More than 20 websites.
? Design and development web pages using ASP.Net
? Develop controls such as usercontrols, listviews, editing and validation, modal popups and Ajax extenders, dropdown lists, file uploaders, query strings, SQL Datasource
? Very good experience in SQL Server 2005/2008. Database backups, restores, writing stored procedures and triggers.
? Create SQL based reports using SQL Server Reporting Services (SSRS) with parameters and stored procedures
? Create SQL Server databases, tables, views, stored procedures and database backups using SQL Server Management Studio
? Aided in the design, development and implementation of financial applications and testing
? Used ADO.Net for database connectivity, storage and retrieval on SQL Server.
? Worked with Dynamic SQL functionality
? Added new functionality to application when necessary.
? Key Technologies:? .NET 4.5, C#, XML, HTML, CSS, ASP .NET MVC, JavaScript, IIS 8


YEKIM Luxury Clothing Hollywood, CA
Web Developer, Computer Programmer, ?March? ?2014 Current

? Developed WordPress MU based websites.
? Created websites in PHP, Javascript, HTML and CSS.
? Customized WordPress plugins and built new custom plugins.
? Customized WordPress themes.


Good Shepherd Church Of God In Christ – Maywood, IL.
Web Development, ?February? ?2013 to Current

? Developed a dynamic, secure Web site from scratch. Launched visually appealing, userfriendly Webscape with interactive features to optimize traffic, page views, site "stickiness" and user experience (UX).

? I was solely responsible for the development and design of this website delivering premium
customer service to the client using excellent verbal and written communication skills.
? Redesigned Internet and intranet pages. Used SEO best practices to optimize Web site for search
engine rankings and improved functionality of company database.
? Resolved memory corruption and other technical issues by leveraging strengths in coding,
debugging and integration testing.

Blaze Unique Boutique – Aurora, IL.
Web Development, ?January? ?2014 to March 2014

? Developed a dynamic, secure Web site from scratch. Launched visually appealing,
userfriendly Webscape with interactive features to optimize traffic, page views, site
"stickiness" and user experience (UX).
? I was solely responsible for the development and design of this website delivering premium
customer service to the client using excellent verbal and written communication skills.
? Redesigned Internet and intranet pages. Used SEO best practices to optimize Web site for search
engine rankings and improved functionality of company database.
? Resolved memory corruption and other technical issues by leveraging strengths in coding,
debugging and integration testing.

Accurate Technical Solutions – Willowbrook, IL.
Help Desk Technician, ?October 2011 to February 2013
? Provide networking and desktop support, account maintenance and printing assistance to students
and faculty. Troubleshoot and resolve complex technology problems as the "goto" person for IT
issues.

References

Dr. Abbullah Alshboul
Devry University
███████████

Deborah Mayfield
Devry University
███████████

Andrew Anderson Sr.
Good Shepherd Church of God In Christ
███████████████

Lee Franklin
The Fruit Gang
███████

Sharon Stewart
Living Word Christian Center
███████████

George Guilford
Ultimate Faith Christian Center
████████████████

Shelia Winston
Shewins Bookkeeping and Consulting Service, LLC.
███████████████████████

Codes: 426045BR 46293

| Acknowledgement and Consent : 10 | |
|---|---|
| I agree to Best Buy's Arbitration Policy | I Agree |
| Please check this box if you consent to provide an electronic signature rather than a handwritten signature whenever you sign documents on this website | I agree |

| Candidate Profile : 0 | |
|---|---|
| Are you currently employed by Best Buy or an affiliated entity? Select "No" if you currently provide services as a Contingent Worker/Contractor. | Yes |
| First name | Aaron |
| Last name | Anderson |
| Address line 1 | 2005 Finley Rd |

| | |
|---|---|
| Address line 2 | Unit 408 |
| City | Lombard |
| Country | United States |
| Zip/Postal code | 60148 |
| Preferred e-mail address | hankaaron5504@gmail.com |
| Home phone | 773-551-4279 |
| Employee ID | 1254952 |
| Supervisor Name | Winkler, Timothy H |
| Supervisor E-mail | Timothy.Winkler@bestbuy.com |
| Employee Current Payroll Bank | Bwkly 2 BBY US Bank |

**Experience**

| Position or Job title | Organization name | Start year | End year | Most recent |
|---|---|---|---|---|
| 32050-SALES CONSULTANT, COMP/DI-000322-Melrose Park-Home Off | Best Buy Stores, L.P. | 2015 | 9999 | ✔ |

**Education**

| School or Educational institution | Major or Area of study | Degree | GPA | Grad year | Most recent |
|---|---|---|---|---|---|
| Devry University | Computer Information Systems | Bachelors | 4.00 | 2015 | ✔ |
| Other - Art institute | Digital Film and Video Production | N/A | 3.50 | | |

Resume

**Voluntary Information : 0**

Gender — Male

Based on the definitions provided, please select the race/ethnicity that best applies to you. If you are Hispanic/Latino, please select the Hispanic/Latino category. If you are not Hispanic/Latino, please select one of the other categories. — Black or African American (Not Hispanic or Latino)

Are you a resident of Puerto Rico? — No

**Job Application Questions : 0**

**Submission Job Responses**

Job response - Internal Global Enterprise BBY TG – SSO/426045BR

Date added — 05-Aug-2016

[ Close ]  [ View image PDF ]



August 26, 2016

Aaron Anderson
2005 Finley Rd Unit 408
Lombard, Illinois 60148

Dear Aaron,

As you know, this is an exciting time to be a part of Best Buy. We are more than three years into our transformation and have seen much success thus far. We aim to be an organization that offers a fun, challenging set of opportunities where you can do great work and grow in a values-driven environment.

As a result, I am pleased to offer you the position of GEEK SQUAD APPLIANCE CUSTOMER CARE AGENT reporting directly to me. The details of the offer can be found in the attached letter.

I am confident you will make significant contributions to our Company's future. Our goal is simple: to be the leading technology expert for customers. From research to installation to repairs, and everything in-between, Best Buy makes it easy for customers to effortlessly enjoy the latest technology available.
To do this, we are dependent on the unique talents of each employee. Our ongoing transformation presents tremendous opportunities for employees to learn and grow in their careers. We believe the success of the company is dependent upon the unique talents of each employee. Encouraging individuals to apply their life experiences and innovative ideas at work, gives us a competitive advantage.

Aaron, this role is a critical one for Best Buy and I believe it will provide you the platform for continued success in your career. We are confident that you will find the position to be challenging, rewarding and empowering. Should you have any questions prior to your start date, feel free to contact me.

Sincerely,

Robert Phillips
Commander
855-268-2650



August 26, 2016

Aaron Anderson
Employee Number: 1254952

Re: Offer Letter Terms

On behalf of Best Buy, I am excited to offer you employment on the terms described below.

**Job Title:**
GEEK SQUAD APPLIANCE CUSTOMER CARE AGENT

**Start Date:**
Your tentative start date is September 18, 2016, but may be adjusted as we plan for your transition into your new role.

**Reporting to:**
Robert Phillips

**Pay Rate:**
$16.00 hourly payable in accordance with the payroll practices of the Company.

It is Best Buy's policy that employees must record all work time so that it can be paid. Work time includes all work-related activities, including any after-hours work-related emails, calls and texts involving our non-exempt employees, whether performed at the worksite or remotely. After-hours work-related interruptions should be very limited and must be reported as work time. To prevent off the clock work, non-exempt employees may not be included in work-related text messages, including on GroupMe or similar group texting applications. Off-the-clock work is strictly prohibited and may result in discipline or employment termination. Managers are expected to ensure that employees record all work time and to enforce Best Buy's policy prohibiting off-the-clock work. If you know or have reason to know that work is occurring, you must ensure that it is paid.

**Employment At Will:**
Employment at Best Buy is at will, meaning that either you or Best Buy may terminate employment at any time and for any lawful reason, without advance notice. In addition, Best Buy retains the right to change any terms or conditions of employment at any time in its sole discretion (except for the Arbitration Policy, which is contractually binding on you and Best Buy), including changing or terminating any compensation or benefit plan. All compensation and benefits are subject to the terms of the governing policies, plans, award agreements and other governing documents.

**Arbitration Policy:**
Best Buy has an Arbitration Policy under which any disputes between you and Best Buy must be arbitrated on an individual basis. The Policy is a required condition of your hire and ongoing employment at Best Buy. By accepting this employment offer, you are agreeing to the Policy, a copy of which is included in your offer packet. The rules that govern arbitration between you and Best Buy are available on the American Arbitration Association's website, adr.org. Best Buy will also provide a copy of the rules upon your request.

**Additional Information:**
Status: Full Time
Pay Frequency: Bi-weekly
First Pay Date: September 18, 2016
Pay Day: Friday unless otherwise noted. Please Check with your Hiring Manager
**Dress Code**
All locations of Best Buy follow a defined dress code, which varies by business and location, and is outlined in the <u>Dress Code Policy</u> <u>document</u>.

Reporting Location: 001228-GSCC-Chicago-Svc
2601 INTERNATIONALE PKWY
Woodridge, IL 60517-4803

I sincerely hope you will accept Best Buy's offer. Please feel free to contact me with any questions.

Regards,



Robert Phillips
Commander

HR Support Center Phone: (866) 692 - 2947

Document Number:
[92dbc544-5b82-43c7-98f2-ce674f343010]

# Document Packet information

To review the official offer, please see the attached documents and files.

If a document requires your response, there will be a form at the bottom of the document in a scrollable sub-window with a Submit button.

Please review all documents and submit your response to all appropriate documents.

If you have any questions, please contact Staffing or the recruiter that you have been working with.

*If you wish to retain a copy of the documents, please save them to your machine or print them within 3 days from the posted date as these will expire. Documents can be saved as a PDF and/or printed using your browser.*

Date posted: 26-Aug-2016
Removal date: 29-Aug-2016

Attached files:

Best Buy Arbitration Policy.pdf
Offer Letter - 26-Aug-2016 - Aaron Anderson.pdf

Close

Document ID Number 92dbc544-5b82-43c7-98f2-ce674f343010

At the time you submitted an employment application, you consented to receiving disclosures and signing documents electronically through this system. To see a copy of what you consented to <u>click here</u>.

First Name Aaron

Last Name Anderson

To accept this offer, click in the box next to Accept and read and sign below. To decline this offer, please contact your Best Buy representative.

Please read the <u>Best Buy Arbitration Policy</u>.

I Agree to Best Buy's Arbitration Policy  I Agree

Please read the <u>Important Information about your Pay Check</u>, <u>Paycard Terms & Conditions</u> and <u>Paycard Fee Schedule</u>. For your reference, a copy of the document will be provided to you upon your acceptance to the terms and conditions of this notice.

I have read and understand the Important  Accept
Information about your Pay Check, Paycard Terms &
Conditions and Paycard Fee Schedule.

I understand and agree to the terms of this offer. I understand that, except for Best Buy's Arbitration Policy, nothing in this job offer is intended to be contractually binding between me and Best Buy. I understand that employment with Best Buy is on an at-will basis, which means my employment may be terminated at any time, for any lawful reason, with or without advance notice, by either myself or the Company. I understand that, except for the Arbitration Policy, my terms of employment may be changed at any time by Best Buy. Please note this offer is contingent upon favorable results from my background check(s) and, where applicable, any required drug test.

I have read the applicable <u>State and City Legal Notifications</u> and I understand the notifications for the state and city in the in which I am being offered employment with at Best Buy. I understand that I can view and print any of these notifications now or in the future by returning to <u>this link</u>.

Please electronically sign by typing your full name (first and last) and the Last 4 Digits of you Social Security Number into the boxes provided, as stated in the <u>eSignature Terms</u>.

Full Name Aaron Anderson

Last 4 of Social Security Number (SSN) ██████

· Date added                    26-Aug-2016  5:32:41 PM              hankaaron5504@gmail.com

# EXHIBIT F

Gateway Questionnaire Job Response - Internal Global Enterprise BBY - SSO Eng/482342BR: Sales Supervisor- Mobile for Anderson, Aaron  Help

Print

> Internal - 2.1.17 : 10

**To Questions and Answers**

Aaron Anderson
2005 S. Finley Rd. Unit 408 ? Lombard, Illinois 60148
Cell: (773) 551-4279 ? hankaaron5504@gmail.com

Technology Summary

? PHP, Visual Basic 6, VB.Net, C#, ASP.Net, C, C++, Java,.?Net, XML/HTML, JavaScript, CSS, MySQL
? Visual Studio .Net, Windows, Linux, Unix, MS Office Suite including Excel, Word, PowerPoint, Outlook, Project, Viseo, Access, Publisher, Adobe Create Suite, Dreamweaver, Photoshop, Flash, Illustrator, Media Encoder, XCode, IBM Rational Software Architect, Rational Rose, Eclipse, Windows Server 2003, Active Directory, Ektron, Oracle Database, WordPress, Joomla
? Expert with audio/video equipment: Installed, operated, and repaired A/V equipment for two churches.
? Skilled with Mac OS all versions

Software Engineering

? BCIS graduate offering a strong foundation in software engineering and programming principles across multiple platforms.
? Experienced in object-oriented programming; developing, testing and debugging code; designing interfaces; and administering systems and networks.
? Quickly learn and master new technologies; successful working in both team and self-directed settings.

Education

Devry University – Chicago, Illinois
Bachelor of Science in Computer Information Systems (BSCIS), 2015
? Academic Honors: Dean's List (Every semester)
? GPA 4.0 out of 4.0

Courses Completed:
? Computer Applications for Business
? Introduction to Business & Technology
? Object-Oriented Analysis Design
? Object Oriented Programming with Lab
? Web Interface Design with Lab
? Connectivity with Lab

? Computer Information Systems Logic and Design
? Critical Thinking and Problem Solving
? Architecture and Operating Systems
? Programming with Lab
? Structured Analysis and Design

Work Experience

Best Buy Geek Squad Department of Defense– Woodridge, IL
Agent Defender 2016- Present

· Manage appliance installation escalations start-to-finish to create and maintain client satisfaction
· Partner with retail and field leadership as well as third party installers to achieve client resolutions
· Research and create new procedures and best practices for team effectiveness and efficiency
· Coach retail partners and mentor fellow agents to build a better client experience
· Spearhead case distribution reform, dropping average case acknowledgement time by over 80%

Best Buy Geek Squad – Downers Grove, IL
Consultation Agent 2016

· Engage customers using selling skills to provide solutions aligning with their "definition of fix."
· Work with the sales team, explaining services and technology to help them achieve business goals.
· A Geek Squad Consultation Agent is a brand ambassador for both the Geek Squad and Best Buy brands

Best Buy Geek Squad – Downers Grove, IL
Operations Agent 2016

· Ensure store teams are executing scope of work and have the necessary tools and training to provide complete customer solutions.
· Analyze business/client reporting and provide insight and feedback to business partners to facilitate continuous improvement in the Client experience.
· Be responsible for triage coordination with home delivery providers and monitor execution of expected fulfillment.
· Proactively maintain special order management to include communication to store teams and clients.
· Coordinate and schedule routes to maximize productivity and client experience.

The Fruit Gang – Lombard, IL
Wordpress Developer- 2016

· Manage and update www.fruitgang.com
· Create website using Wordpress.

· Modify existing PHP code as needed.
· Develop themes and plugins.
· Ongoing consulting and client website support
· Create and enhance graphics using Adobe Creative Suite.
· Integration of Social Media.
· Search Engine Optimization
· Assist in website traffic and performance monitoring.
· Email set-up and configuration
· Hand code HTML, and JavaScript and PHP to create website from designer's templates
· Create responsive website for mobile adaptation.
· Provide technical support for clients and employees
· Go-to person for all technical needs

AtWill TV – Maywood, IL
Wordpress Developer- 2016

· Manage and update www.atwilltv.com
· Create website using Wordpress.
· Modify existing PHP code as needed.
· Develop themes and plugins.
· Ongoing consulting and client website support
· Create and enhance graphics using Adobe Creative Suite.
· Integration of Social Media.
· Search Engine Optimization
· Assist in website traffic and performance monitoring.
· Email set-up and configuration
· Hand code HTML, and JavaScript and PHP to create website from designer's templates
· Create responsive website for mobile adaptation.
· Provide technical support for clients and employees
· Go-to person for all technical needs

Shewins Bookkeeping and Consulting Services, LLC. – Scottsdale, AZ
Wordpress Developer- Dec 2015 - Current

· Manage and update shewinsbookkeepingservice.com
· Create website using Wordpress.
· Modify existing PHP code as needed.
· Develop themes and plugins.
· Ongoing consulting and client website support
· Create and enhance graphics using Adobe Creative Suite.
· Integration of Social Media.
· Search Engine Optimization
· Assist in website traffic and performance monitoring.
· Email set-up and configuration
· Hand code HTML, and JavaScript and PHP to create website from designer's templates
· Create responsive website for mobile adaptation.
· Provide technical support for clients and employees
· Go-to person for all technical needs

PSA/Card Dynamics – Romeoville, IL
SOFTWARE/DATA PROGRAMMER 2015

· Retrieves documents and data files from emails or FTP sites and performs necessary data formatting.
· Assists with the design, analysis, maintenance, documentation and testing of proprietary card application systems.
· Assists with coding, debugging, testing & documentation of application programs using VB.Net and SQL.
· Using custom software enters pertinent information from Work Instructions and formats data files accordingly.
· Compares data entered to source documents or re-entry in verification format on screen to detect errors.
· Corrects, compiles, sorts and verifies accuracy of data to be entered.
· Completion & printing of labels and job tickets.
· Assists with design of new programs & enhancements to existing code.
· Maintains and files records to maintain organization.
· Provides assistance to other programmers & team members.

Living Word Christian Center, Bill Winston Ministries and all related entities – Forest Park, IL.
Web Developer, Computer Programmer, 2013-2015

· Support and troubleshoot the existing webform-based system using C#/ASP.Net, VS 2010, SQL Server 2008
· More than 20 websites.
· Design and developed web pages using ASP.Net
· Develop controls such as user-controls, listviews, editing and validation, modal popups and Ajax extenders, dropdown lists, file uploaders, query strings, SQL Datasource
· Very good experience in SQL Server 2005/2008. Database backups, restores, writing stored procedures and triggers.
· Create SQL based reports using SQL Server Reporting Services (SSRS) with parameters and stored procedures
· Create SQL Server databases, tables, views, stored procedures and database backups using SQL Server Management Studio
· Aided in the design, development and implementation of financial applications and testing
· Used ADO.Net for database connectivity, storage and retrieval on SQL Server.
· Worked with Dynamic SQL functionality
· Added new functionality to application when necessary.
· Key Technologies: .NET 4.5, C#, XML, HTML, CSS, ASP .NET MVC, JavaScript, IIS 8

YEKIM Luxury Clothing- Hollywood, CA
Web Developer, Computer Programmer, March 2014- Current

§ Developed WordPress MU based websites.
§ Created websites in PHP, Javascript, HTML and CSS.
§ Customized WordPress plugins and built new custom plugins.
§ Customized WordPress themes.

Good Shepherd Church Of God In Christ – Maywood, IL.
Web Development, February 2013 to Current

· Developed a dynamic, secure Web site from scratch. Launched visually appealing, user-friendly Webscape with interactive features to optimize traffic, page views, site "stickiness" and user experience (UX).
· I was solely responsible for the development and design of this website delivering premium customer service to the client using excellent verbal and written communication skills.
· Redesigned Internet and intranet pages. Used SEO best practices to optimize Web site for search engine rankings and improved functionality of company database.
· Resolved memory corruption and other technical issues by leveraging strengths in coding, debugging and integration testing.

Blaze Unique Boutique – Aurora, IL.
Web Development, January 2014 to March 2014

· Developed a dynamic, secure Web site from scratch. Launched visually appealing, user-friendly Webscape with interactive features to optimize traffic, page views, site "stickiness" and user experience (UX).
· I was solely responsible for the development and design of this website delivering premium customer service to the client using excellent verbal and written communication skills.
· Redesigned Internet and intranet pages. Used SEO best practices to optimize Web site for search engine rankings and improved functionality of company database.
· Resolved memory corruption and other technical issues by leveraging strengths in coding, debugging and integration testing.

Accurate Technical Solutions – Willowbrook, IL.
Help Desk Technician, October 2011 to February 2013
? Provide networking and desktop support, account maintenance and printing assistance to students and faculty. Troubleshoot and resolve complex technology problems as the "go-to" person for IT issues.

References

Dr. Abbullah Alshboul
Devry University
█████████████

Deborah Mayfield
Devry University
█████████████

Andrew Anderson Sr.
Good Shepherd Church of God in Christ
███████████████

Lee Franklin
The Fruit Gang
███████████

Sharon Stewart
Living Word Christian Center
█████████████

George Guilford
Ultimate Faith Christian Center
███████████████

Shelia Winston
Shewins Bookkeeping and Consulting Service, LLC.
███████████████████

Robert Phillips
Best Buy Geek Squad
██████████

Erin Spolar
Best Buy Geek Squad
██████████

Codes: 482342BR 46505

**Acknowledgement and Consent : 10**

| | |
|---|---|
| **I agree to Best Buy's Arbitration Policy** | I Agree |
| **Please check this box if you consent to provide an electronic signature rather than a handwritten signature whenever you sign documents on this website** | I agree |

**Candidate Profile : 0**

| | |
|---|---|
| **Are you currently employed by Best Buy or an affiliated entity? Select "No" if you currently provide services as a Contingent Worker/Contractor.** | Yes |
| **First name** | Aaron |
| **Last name** | Anderson |
| **Address line 1** | 2005 S. Finley Rd |
| **Address line 2** | Unit 408 |
| **City** | Lombard |
| **Country** | United States |
| **Zip/Postal code** | 60148 |
| **Preferred e-mail address** | hankaaron5504@gmail.com |
| **Home phone** | 773-551-4279 |
| **Employee ID** | 1254952 |
| **Supervisor Name** | Spolar, Erin K |
| **Supervisor E-mail** | Erin.Spolar@bestbuy.com |
| **Employee Current Payroll Bank** | Bwkly 2 BBY US Bank |

**Education**

| School or Educational institution | Major or Area of study | Degree | GPA | Grad year | Most recent |
|---|---|---|---|---|---|
| Devry University | Computer Information Systems | Bachelors | 4.00 | 2015 | ✔ |
| Other - Art institute | Digital Film and Video Production | N/A | 3.50 | | |

Resume

**Voluntary Information : 0**

| | |
|---|---|
| **Gender** | Male |
| **Based on the definitions provided, please select the race/ethnicity that best applies to you. If you are Hispanic/Latino, please select the Hispanic/Latino category. If you are not Hispanic/Latino, please select one of the other categories.** | Black or African American (Not Hispanic or Latino) |
| **Veteran Status** | No, I am not a veteran |
| **Do you identify yourself as an US Armed Services Veteran?** | |
| **Are you a resident of Puerto Rico?** | No |
| **Language 1** | English |

**Job Application Questions : 0**

**Submission Job Responses**

Job response - Internal Global Enterprise BBY TG – SSO/482342BR

**Date added**                        09-Feb-2017

Close      View image PDF



March 9, 2017

Aaron Anderson
2005 S. Finley Rd Unit 408
Lombard, Illinois 60148

Dear Aaron,

As you know, this is an exciting time to be a part of Best Buy. We are more than three years into our transformation and have seen much success thus far. We aim to be an organization that offers a fun, challenging set of opportunities where you can do great work and grow in a values-driven environment.

As a result, I am pleased to offer you the position of Sales Supervisor- Mobile reporting directly to me. The details of the offer can be found in the attached letter.

I am confident you will make significant contributions to our Company's future. Our goal is simple: to be the leading technology expert for customers. From research to installation to repairs, and everything in-between, Best Buy makes it easy for customers to effortlessly enjoy the latest technology available.
To do this, we are dependent on the unique talents of each employee. Our ongoing transformation presents tremendous opportunities for employees to learn and grow in their careers. We believe the success of the company is dependent upon the unique talents of each employee. Encouraging individuals to apply their life experiences and innovative ideas at work, gives us a competitive advantage.

Aaron, this role is a critical one for Best Buy and I believe it will provide you the platform for continued success in your career. We are confident that you will find the position to be challenging, rewarding and empowering. Should you have any questions prior to your start date, feel free to contact me.

Sincerely,

Andrew Wah
General Manager
6306630171



March 9, 2017

Aaron Anderson
Employee Number: 1254952

Re: Offer Letter Terms

On behalf of Best Buy, I am excited to offer you employment on the terms described below.

*Job Title:*
Sales Supervisor- Mobile

*Start Date:*
Your tentative start date is March 19, 2017, but may be adjusted as we plan for your transition into your new role.

*Reporting to:*
Andrew Wahl

*Common Review Pay Change*
As a current employee moving between roles during the annual Performance Appraisal and Merit process, your offer will reflect both your merit increase and the pay change associated with your promotion/job change. Please review the following details summarizing your merit, job change and total increase:

**Merit Increase: $.48**
**Promotional/Job Change Increase: $2.00**
**Total Increase: $2.48**

*Pay Rate:*
$18.00 hourly payable in accordance with the payroll practices of the Company.

It is Best Buy's policy that employees must record all work time so that it can be paid. Work time includes all work-related activities, including any after-hours work-related emails, calls and texts involving our non-exempt employees, whether performed at the worksite or remotely. After-hours work-related interruptions should be very limited and must be reported as work time. To prevent off the clock work, non-exempt employees may not be included in work-related text messages, including on GroupMe or similar group texting applications. Off-the-clock work is strictly prohibited and may result in discipline or employment termination. Managers are expected to ensure that employees record all work time and to enforce Best Buy's policy prohibiting off-the-clock work. If you know or have reason to know that work is occurring, you must ensure that it is paid.

*Employment At Will:*
Employment at Best Buy is at will, meaning that either you or Best Buy may terminate employment at any time and for any lawful reason, without advance notice. In addition, Best Buy retains the right to change any terms or conditions of employment at any time in its sole discretion (except for the Arbitration Policy, which is contractually binding on you and Best Buy), including changing or terminating any compensation or benefit plan. All compensation and benefits are subject to the terms of the governing policies, plans, award agreements and other governing documents.

*Arbitration Policy:*
Best Buy has an Arbitration Policy under which any disputes between you and Best Buy must be arbitrated on an individual basis. The Policy is a required condition of your hire and ongoing employment at Best Buy. By accepting this employment offer, you are agreeing to the Policy, a copy of which is included in your offer packet. The rules that govern arbitration between you and Best Buy are available on the American Arbitration Association's website, adr.org. Best Buy will also provide a copy of the rules upon your request.

*Short-Term Incentive Eligibility (STIP):*
In your position, you will be eligible for an STI with a target cash incentive of 15% of your base pay. Actual payout may be 0% to 30%, depending on business results. STI targets and metrics are based on position held and are pro-rated for time in position. STI payments are not guaranteed and are subject to the terms of the applicable STI plan.

Best Buy Corporate Campus • 7601 Penn Avenue South Richfield, MN, USA 55423-3645 • (612) 291-1000 • NYSE symbol: BBY



***Additional Information:***
Status: Full Time
Pay Frequency: Bi-weekly
First Pay Date: April 7, 2017
Pay Day: Friday unless otherwise noted. Please Check with your Hiring Manager
***Dress Code***
All locations of Best Buy follow a defined dress code, which varies by business and location, and is outlined in the <u>Dress Code Policy document</u>.

Reporting Location: 000316-75Th& Lemont-Store
7401 LEMONT RD
Downers Grove, IL 60516-3805


I sincerely hope you will accept Best Buy's offer. Please feel free to contact me with any questions.

Regards,
Andrew Wah
General Manager

HR Support Center Phone: (866) 692 - 2947


Document Number:
[c65817d3-7698-43ad-b376-084ce1cfe3c7]

# Document Packet information

To review the official offer, please see the attached documents and files.

If a document requires your response, there will be a form at the bottom of the document in a scrollable sub-window with a Submit button.

Please review all documents and submit your response to all appropriate documents.

If you have any questions, please contact Staffing or the recruiter that you have been working with.

*If you wish to retain a copy of the documents, please save them to your machine or print them within 3 days from the posted date as these will expire. Documents can be saved as a PDF and/or printed using your browser.*

Date posted: 09-Mar-2017
Removal date: 12-Mar-2017

Attached files:
Best Buy Arbitration Policy.pdf
Offer Letter - 9-Mar-2017 - Aaron Anderson.pdf

Close

Document ID Number  c65817d3-7698-43ad-b376-084ce1cfe3c7

At the time you submitted an employment application, you consented to receiving disclosures and signing documents electronically through this system. To see a copy of what you consented to <u>click here</u>.

**First Name** Aaron

**Last Name** Anderson

To accept this offer, click in the box next to Accept and read and sign below. To decline this offer, please contact your Best Buy representative.

Please read the <u>Best Buy Arbitration Policy</u>.

**I Agree to Best Buy's Arbitration Policy** I Agree

Please read the <u>Important Information about your Pay Check, Paycard Terms & Conditions</u> and <u>Paycard Fee Schedule</u>. For your reference, a copy of the document will be provided to you upon your acceptance to the terms and conditions of this notice.

**I have read and understand the Important** Accept
**Information about your Pay Check, Paycard Terms &**
**Conditions and Paycard Fee Schedule.**

I understand and agree to the terms of this offer. I understand that, except for Best Buy's Arbitration Policy, nothing in this job offer is intended to be contractually binding between me and Best Buy. I understand that employment with Best Buy is on an at-will basis, which means my employment may be terminated at any time, for any lawful reason, with or without advance notice, by either myself or the Company. I understand that, except for the Arbitration Policy, my terms of employment may be changed at any time by Best Buy. Please note this offer is contingent upon favorable results from my background check(s) and, where applicable, any required drug test.

I have read the applicable <u>State and City Legal Notifications</u> and I understand the notifications for the state and city in the in which I am being offered employment with at Best Buy. I understand that I can view and print any of these notifications now or in the future by returning to <u>this link</u>.

Please electronically sign by typing your full name (first and last) and the Last 4 Digits of you Social Security Number into the boxes provided, as stated in the <u>eSignature Terms</u>.

**Full Name** Aaron Anderson

**Last 4 of Social Security Number (SSN)** ███

Date added                09-Mar-2017  4:23:06 PM            hankaaron5504@gmail.com